```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**CHRISTOPHER WARD**                                                  **PLAINTIFF**

        v.        Civil No. 12-5096

**MICHAEL LONG**                                                      **DEFENDANT**

### O R D E R

Now on this 24th day of June 2013, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #41) and plaintiff's objections thereto. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is sound in all respects, and that plaintiff has stated neither law nor fact to refute the Recommendation.

Also before the Court is a letter from plaintiff (document #43) seeking additional legal resources and more time to study them. In light of the foregoing, the Court finds that these requests are moot.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #41) is hereby **adopted *in toto***, and plaintiff's objections are **overruled**;

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, defendant's **Motion for Summary Judgment** (document #29) is **granted**, and this case is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that, to the extent plaintiff's letter (document #43) can be construed as a motion, it is hereby **denied as moot.**

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　 **/s/ Jimm Larry Hendren**
　　　　　　　　　　　　　　　　　　　　　**JIMM LARRY HENDREN**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**